# United States District Court

EASTERN DISTRICT OF WISCONSIN

CHARLES STELTER,

    Plaintiff,

    v.

CITY OF WAUKESHA,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07-C-0719

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's motion for summary judgment be and hereby is granted.

IT IS ALSO ORDERED that this action be and hereby is dismissed.

September 17, 2008
Date

Approved this 17th day of September, 2008

s/Patricia J. Gorence
*Patricia J. Gorence, U.S. Magistrate Judge*

Jon W. Sanfilippo
Clerk

s/M. Murawski
(By) Deputy Clerk